IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIDNEY R. WILLIAMS,<br>　　　　Plaintiff, | §<br>§<br>§ |
| v. | § No. 3:21-cv-00394-M (BT) |
| | § |
| ANELI BEDNARS, et al.,<br>　　　　Defendants. | §<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
<u>**OF THE UNITED STATES MAGISTRATE JUDGE**</u>

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 4, 2021.  The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled, and Plaintiff's Motion for emergency injunctive relief is denied on the record before the Court.

**SO ORDERED** this 22nd day of March, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE